## Erswell v. Textile Manufacturing Co.

APPEAL from Birmingham City Court.

Tried before the Hon. W. W. WILKERSON.

LANE & WHITE, for appellant.

MOUNTJOY & TOMLINSON, *contra*.

The appellee brought an action of assumpsit against the appellant and counted upon a verified account. There was judgment for the plaintiff. Judgment affirmed.

Opinion by COLEMAN, J.